IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARRY ALLEN ULLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2431

Opinion filed January 22, 2015.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

Appellant Garry Allen Ulland, pro se.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, CJ., BENTON and RAY, JJ., CONCUR.